AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Kansas

STATE OF KANSAS, ex rel. Derek Schmidt, in his official capacity as Attorney General of the State of Kansas,

*Plaintiff(s)*

v.   Civil Action No. 16-4127

UNITED STATES DEPARTMENT OF DEFENSE,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

United States Department of Defense
1400 Defense Pentagon
Washington, DC 20301-1400

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

State of Kansas
Derek Schmidt
Attorney General of the State of Kansas
120 SW 10th Avenue
Memorial Bldg., Second Floor
Topeka, KS 66612-1597

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

D. Waylan

*Signature of Clerk or Deputy Clerk*

Date: 07/22/2016

TIMOTHY M. O'BRIEN
CLERK OF COURT
490 U.S. Courthouse
444 SE Quincy
Topeka KS 66683-3589

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 16-cv-04127-DDC-KGS

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Department of Defense
was received by me on *(date)* 07/22/2016 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I served a copy of the summons and the complaint on the U.S. Attorney's Office for the District of Kansas by sending a copy of each by certified mail, return receipt requested, to the Civil-Process Clerk for the U.S. Attorney's Office at 444 SE Quincy, Suite 290, Topeka, KS 66683, on July 25, 2016. A copy of the U.S. Postal Service's online delivery confirmation is attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/26/2016

s/ Bryan C. Clark
*Server's signature*

Bryan C. Clark, Assistant Solicitor General
*Printed name and title*

Office of Kansas Attorney General Derek Schmidt
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612
*Server's address*

Additional information regarding attempted service, etc:

# USPS.com® - USPS Tracking®

English   Customer Service   USPS Mobile   Register / Sign In

# USPS.COM

## USPS Tracking®


Customer Service ›
Have questions? We're here to help.


Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: **70150640000088099395**

Updated Delivery Day: **Wednesday, July 27, 2016**

## Product & Tracking Information

Postal Product:         Features:
                        Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| July 27, 2016 , 9:15 am | Delivered, Left with Individual | TOPEKA, KS 66603 |

Your item was delivered to an individual at the address at 9:15 am on July 27, 2016 in TOPEKA, KS 66603.

| | | |
|---|---|---|
| July 27, 2016 , 5:51 am | Arrived at Unit | TOPEKA, KS 66603 |
| July 26, 2016 , 8:42 pm | Departed USPS Facility | KANSAS CITY, MO 64121 |
| July 25, 2016 , 8:46 pm | Arrived at USPS Facility | KANSAS CITY, MO 64121 |

## Available Actions

Text Updates

Email Updates

## Track Another Package

Tracking (or receipt) number

[                                    ] Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›



OTHER USPS SITES
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

LEGAL INFORMATION
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data



8211-B.Clark

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $ _____
☐ Return Receipt (electronic)     $ _____   Postmark
☐ Certified Mail Restricted Delivery $ _____   Here
☐ Adult Signature Required        $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage
$
Total Postage and Fees
$
Sent To   Civil-Process Clerk
Street and Apt.   United States Attorney's Office
                  for the District of Kansas
City, State, ZIP   444 SE Quincy, Suite 290
                   Topeka, KS  66683

7015 0640 0000 8809 9395

JUL 25 2016   TOPEKA KS 66603

on?tLabels=70150640000088099395         8/4/2016

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 16-cv-04127-DDC-KGS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Department of Defense was received by me on *(date)* 07/22/2016 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I served a copy of the summons and the complaint on the United States Department of Defense by sending a copy of each by certified mail, return receipt requested, to 1400 Defense Pentagon, Washington, DC 20301-1400, on July 25, 2016. A copy of the signed certified mail return receipt is attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/26/2016

s/ Bryan C. Clark
*Server's signature*

Bryan C. Clark, Assistant Solicitor General
*Printed name and title*

Office of Kansas Attorney General Derek Schmidt
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612
*Server's address*

Additional information regarding attempted service, etc:



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 16-cv-04127-DDC-KGS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Department of Defense
was received by me on *(date)* 07/22/2016 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I served a copy of the summons and the complaint on the Honorable Loretta E. Lynch, Attorney General of the United States by sending a copy of each by certified mail, return receipt requested, to 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001, on July 25, 2016. A copy of the signed certified mail return receipt is attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/26/2016

s/ Bryan C. Clark
*Server's signature*

Bryan C. Clark, Assistant Solicitor General
*Printed name and title*

Office of Kansas Attorney General Derek Schmidt
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612
*Server's address*

Additional information regarding attempted service, etc:

